IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In re: Jennifer Laura Fernandez ) Case No.: 19-82415-CRJ-7
SSN: xxx-xx-2859 )
)
Debtor. ) Chapter 7

**TRUSTEE'S MOTION TO AMEND ORDER ON**
**APPLICATION TO EMPLOY SPECIAL COUNSEL**

COMES NOW the undersigned Trustee, in compliance with 11 U.S.C. Section 327 and Bankruptcy Rules 2014 and 5002, and respectfully represents:

1. This present motion is brought to correct a typographical error in an order previously submitted and entered by this Court.

2. Applicant is the duly qualified and acting Trustee in this case.

3. This matter came before the Court for hearing upon the Trustee's Application to employ Cohen, Placitella & Roth, P.C. and Jillian Roman, Esq. of Cohen, Placitella & Roth, P.C. as Special Counsel for the Trustee, filed on May 24, 2021 (Doc. 28). After proper notice, a hearing was held on June 16, 2021, whereupon John Zingarelli appeared on behalf of the Debtor, Kevin Morris appeared on behalf of the Trustee, and Richard M. Blythe appeared on behalf of the Bankruptcy Administrator (the "**Application**").

4. This Court approved the Application and entered an Order prepared by counsel on July 6, 2021 (Doc. 37) (the "**Order**").

5. Upon review, the Order contains a typographical error in paragraph 3 incorrectly identifying Special Counsel as Michaela McInnis, Esq. of Motley Rice, LLC. The undersigned movant hereby seeks to correct the record to reflect special counsel as Jillian Roman, Esq. of Cohen, Placitella & Roth, P.C.

6. The Trustee hereby seeks leave of this Court to amend the Order as stated above.

Respectfully submitted this 17th day of August, 2021.

> */s/ Tazewell T. Shepard*
> Tazewell T. Shepard
> *Trustee in Bankruptcy*
> P. O. Box 19045
> Huntsville, AL 35804
> Tel: (256) 512-9924
> Fax: (256) 512-9837

# **CERTIFICATE OF SERVICE**

        I hereby certify that I have served a copy of the foregoing pleading upon the below listed parties by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U. S. Mail, postage prepaid this the 17th day of August, 2021.

| | |
|---|---|
| John Zingarelli, Esq.<br>*Attorney for the Debtor*<br>P.O. Box 2145<br>Decatur, AL 35602-2145 | Jennifer Laura Fernandez<br>*Debtor*<br>3923 Ryan Drive, S.W.<br>Decatur, AL 35603 |
| Jillian Roman, Esq.<br>*Special Counsel*<br>Cohen, Placitella & Roth, PC<br>2001 Market Street,<br>Ste 2900<br>Philadelphia, PA 19103 | Michaela S. McInnis, Esq.<br>*Special Counsel*<br>Motley Rice, LLC.<br>55 Cedar Street<br>Suite 100<br>Providence, RI 02903 |
| Carl Jaeckel, Esq.<br>*Special Counsel*<br>Jaeckel Law, LLC<br>16 Mount Bethel Road, Ste. 301<br>Warren, NJ 07059 | Richard M. Blythe, Esq.<br>*Bankruptcy Administrator*<br>P.O. Box 3045<br>Decatur, AL 35602 |
| Johnson & Johnson<br>*Registered Agent for Defendant*<br>One Johnson & Johnson Plaza<br>New Brunswick, NJ 08933 | Kelly S. Crawford, Co-Chair<br>*Attorney for Defendant*<br>Riker Danzig Scherer Hyland & Perretti, LLP<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981 |

      */s/ Tazewell T. Shepard*
      Tazewell T. Shepard
      *Trustee in Bankruptcy*